```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

THE LIFE IS GOOD COMPANY,     :
                              :
        Plaintiff,            :    HONORABLE JOSEPH E. IRENAS
                              :    CIVIL ACTION NO. 08-3752
    v.                        :
                              :    **ORDER DISMISSING AS MOOT**
BRETT HANLEY,                 :    **ORDER TO SHOW CAUSE**
                              :    **(Docket No. 7)**
        Defendant.            :


**APPEARANCES:**

REED SMITH LLP
By:  Melissa Geist, Esq.
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
        Counsel for Plaintiff.


**IRENAS**, Senior District Judge:

    On July 31, 2008, this Court issued an Order to Show Cause why a preliminary injunction should not be entered in favor of Plaintiff, The Life Is Good Company, and against Defendant, Brett Hanley.  Plaintiff's counsel has informed the Court that the parties have reached a settlement, and a Stipulation of Dismissal will be filed promptly.  Accordingly,

**IT IS** on this 19th day of August, 2008,

**ORDERED THAT:**

The Order to Show Cause (Docket Entry 7) is hereby

**DISMISSED AS MOOT.**

      s/ Joseph E. Irenas
**JOSEPH E. IRENAS**
**Senior United States District Judge**